| | | |
|---|---|---|
| Risk Control Assoc., Inc. v Maloof, Lebowitz, Connahan & Oleske, P.C. | 1st Dept: 148 AD3d 440 | denied |
| Scott Q. v Joy R. | 3d Dept: 151 AD3d 1206 | denied |
| Town of Aurora v Village of E. Aurora | 4th Dept: 149 AD3d 1506 | granted |
| Wenz, Matter of, v Brogan | 2d Dept: 149 AD3d 970 | denied |
| Weston v Martinez | 4th Dept: 149 AD3d 1505 | denied |

## Decided September 14, 2017

| | | |
|---|---|---|
| A.F. v Cathedral Props., LLC | 1st Dept: 146 AD3d 710 | denied |
| Brooklyn S., Matter of (Stafania Q.—Devin S.) | 4th Dept: 150 AD3d 1698 | denied |
| Capital One Taxi Medallion Fin. v Corrigan | 1st Dept: 147 AD3d 677 | granted |
| Frantz, Matter of, v Venettozzi | 3d Dept: 146 AD3d 1254 | granted |
| Gallagher v Ruzzine | 4th Dept: 147 AD3d 1456 | denied |
| Iskalo 5000 Main LLC, Matter of, v Town of Amherst Indus. Dev. Agency | · 4th Dept: 147 AD3d 1414 | denied |
| Kashipour v Wilmington Sav. Fund Socy., FSB | 2d Dept: 144 AD3d 985 | denied |
| Koslosky v Ross-Malmut | 2d Dept: 149 AD3d 925 | denied |
| Lillian SS., Matter of (Brian SS.) | 3d Dept: 146 AD3d 1088 (Proceeding No. 1) | denied |
| Lillian SS., Matter of (Keri SS.) | 3d Dept: 146 AD3d 1088 (Proceeding No. 2) | denied |
| MBI Intl. Holdings Inc. v Barclays Bank PLC | 1st Dept: 151 AD3d 108 | denied |
| MJ Cahn Co., Matter of, v New York State Div. of Human Rights | 1st Dept: 148 AD3d 602 | denied |
| Moon 170 Mercer, Inc. v Vella | 1st Dept: 146 AD3d 537 | denied |
| Nataylia C.B., Matter of (Christopher B.) | 4th Dept: 150 AD3d 1657 (Appeal No. 1) | denied* |
| Nataylia C.B., Matter of (Christopher B.) | 4th Dept: 150 AD3d 1659 (Appeal No. 2) | denied* |
| Ortiz v Igby Huntlaw LLC | 1st Dept: 146 AD3d 682 | denied |
| People v Ragabi | 2d Dept: 150 AD3d 1161 | denied* |
| Pittner, Matter of, v St. Gobain Corp. | 3d Dept: 144 AD3d 1348 | denied |

* Motion for poor person relief dismissed as academic or denied.